FEINBERG v. FEINBERG.

(Supreme Court, Appellate Division, First Department. November 4, 1910.)

Appeal from Special Term, New York County.

Action by Herman Feinberg against Fella Feinberg to annul a marriage. From an order awarding defendant an additional counsel fee, plaintiff appeals. Affirmed, as modified.

See, also, 123 N. Y. Supp. 1115; 125 N. Y. Supp. 384.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, MILLER, and DOWLING, JJ.

Jacob Manheim, for appellant.

James R. Ely (William M. Kilcullen, of counsel), for respondent.

PER CURIAM. On March 29, 1910, an order was made granting alimony at the rate of $25 per week and a counsel fee of $250 to the defendant herein. On September 19, 1910, an order was made allowing an additional counsel fee of $750. Upon the facts disclosed, we think this amount excessive, and the same should be reduced to $250.

The order appealed from is so modified, and, as modified, affirmed, without costs to either party upon this appeal.

